NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT A. DUBSKY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5123

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-397, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**O R D E R**

Robert A. Dubsky moves for leave to file his opening brief out of time.*

---

\* The court notes that the brief contains footnotes that are not in the required 14 point type. The court waives the requirement in this instance but directs counsel's attention to the rules. Fed. R. App. P. 32(a)(5)(A).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated. The United States should calculate its brief due date from the date of filing of this order.

FOR THE COURT

MAR 1 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward A. Zimmerman, Esq.
    Douglas K. Mickle, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 2 2012

JAN HORBALY
CLERK